The North River Bank of the City of New York *v.* Victor Hein.— Order modified by striking out the words "such payments, however, only to be made by authority of this court upon notice to the plaintiffs herein," and affirmed as modified, with ten dollars costs and disbursements, to abide event.

Horace B. Claflin, *Respondent, v.* Emil Hirsch, *Appellant.*— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

In the Matter of Mary Ann Hutchinson.— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Thomas Kelly, *Respondent, v.* Emilie W. Kerr, *Appellant.*—Order affirmed, with ten dollars costs and disbursements, on the opinion of Barrett, J., in the court below.

James W. Field, *Respondent, v.* James M. Allen, *Appellant.* — Order reversed, with ten dollars costs and disbursements.

Henry A. Gildersleeve, *Plaintiff, v.* The Mayor, etc., of the City of New York, *Defendant.* — Judgment ordered for defendants, without costs. Opinion *Per Curiam.*

Annie L. Linton, *Respondent, v.* Carrie R. Morse, *Appellant.* — Order reversed, with ten dollars costs and disbursements, and an order entered vacating the judgment and proceedings with leave to the plaintiff to proceed and assess damages in accordance with the provision of the Code. Opinion *Per Curiam.*

James McClenahan, *Appellant, v.* The Mayor, etc., of the City of New York, *Respondent.* — Judgment affirmed, with costs, on the opinion of Donohue, J.

The Board of Commissioners of Pilots, *Respondent, v.* John W. Ambrose, *Appellant.* — Judgment affirmed.

In the Matter of William Taylor. — Order affirmed, without costs. Opinion *Per Curiam.*

Moriz Blum, *Appellant, v.* Ferdinand Kurzman, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam.*

The Block-House Coal Company, *Respondent, v.* The New York Gas-Light Company, *Appellant.* — Judgment affirmed. Opinion by Daniels, J.

In the Matter of Frederick A. Cushman. — Decree affirmed, without costs.

John B. Gossler and others, *Appellants, v.* Lazarus Lissberger, *Respondent.* — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

George Ehrat *v.* Clement A. Auffmodt. — Order reversed, with ten dollars costs and disbursements and motion denied.

In the Matter of the Petition of the United States. — Order affirmed on the opinion of Lawrence, J.